# Exhibit B

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10411

_____

In Re: ORTHOGEN INTERNATIONAL GMBH,
for an order pursuant to 28 U.S.C. 1782 to
conduct discovery for use in a foreign proceeding,

                                                                                 Plaintiff-Appellee,

*versus*

DOUGLAS SCHOTTENSTEIN,
SCHOTTENSTEIN PAIN AND NEURO, PLLC,
d/b/a NY Spine,

                                                                                Intervenors-Appellants,

EDWARD CAPLA,
YOLANDA CAPLA,

                                                                                Defendants-Appellants.

2                  Order of the Court                  24-10411

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cv-80743-DMM

_____

Before WILSON, JORDAN, and BRANCH, Circuit Judges.

BY THE COURT:

       The "Capla Appellants' Emergency Motion for Stay Pending Appeal and for a Temporary Stay While the Court Considers the Motion" is DENIED, as they have not made the requisite showing. *See Nken v. Holder*, 556 U.S. 418, 434 (2009); *League of Women Voters of Fla., Inc. v. Fla. Sec'y of State*, 32 F.4th 1363, 1370 (11th Cir. 2022).