UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re Application of Orthogen International
GmbH
                              Petitioner,

for an order pursuant to 28 U.S.C. § 1782 to
conduct discovery for use in a foreign
proceeding.
-----------------------------------------------------------------X

23-MC-152 (VSB)(KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The parties in the above-captioned proceeding appeared before the undersigned for a case management conference on May 14, 2025. On the record, the Court set a briefing schedule for (1) Respondent's contemplated motion to stay this proceeding pending appeal, and (2) Petitioner's contemplated motion to compel compliance with its disclosure requests. The parties shall have until **June 6, 2025**, to file these motions. Opposition to each shall be due **June 20, 2025.** Reply briefs are due **June 27, 2025.**

      SO ORDERED.

**DATED:**    New York, New York
              May 14, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge

1