**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE APPLICATION OF ORTHOGEN    :
INTERNATIONAL GMBH,    :
   :    Case No. 1:23-mc-00152-VSB-KHP
   :
Petitioner,    :
   :
for an order pursuant to 28 U.S.C. § 1782 to    :
conduct discovery for use in a foreign    :
proceeding.    :
   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION TO COMPEL

**PLEASE TAKE NOTICE** that, upon the Court's May 14, 2025 order (Dkt. No. 46), the

accompanying memorandum of law and exhibits dated June 6, 2025, petitioner Orthogen

International GmbH ("Orthogen") will, pursuant to Rule 45(d)(2)(B)(i) of the Federal Rules of

Civil Procedure, move this Court, Hon. Katharine H. Parker, United States Magistrate Judge, in

Courtroom 17D of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl

Street, New York, New York, for an order compelling Dr. Douglas Schottenstein and his medical

practice, Schottenstein Pain and Neuro PLLC d/b/a NY Spine (together with Dr. Schottenstein,

the "Schottenstein Parties"), to comply with the subpoenas issued to them pursuant to the Hon.

Vernon S. Broderick's February 28, 2025 order granting Orthogen's petition to obtain discovery

from the Schottenstein Parties pursuant to 28 U.S.C. § 1782 (Dkt. No. 35).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's May 14, 2025

order, any opposing affidavits or memoranda shall be served on or before June 20, 2025, and any

reply papers shall be served on or before June 27, 2025. Dkt. 46.

Dated:  June 6, 2025

                                            MORVILLO ABRAMOWITZ GRAND IASON &
ANELLO P.C.

*/s/ Christopher B. Harwood*
Christopher B. Harwood
Matthew Garry
565 Fifth Avenue
New York, New York 10017
Tel: (212) 856-9600
Fax: (212) 856-9494
charwood@maglaw.com
mgarry@maglaw.com

*Attorneys for Petitioner Orthogen
International GmbH*