USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/14/2026__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

In re Application of Orthogen International
GmbH

                        Petitioner,

for an order pursuant to 28 U.S.C. § 1782 to
conduct discovery for use in a foreign
proceeding.

------------------------------------------------------------------X

**23-CV-152 (VSB)(KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

     The parties in the above-captioned proceeding appeared before the undersigned for a case management conference on May 14, 2026.  On the record, the Court ordered the following:

- Orthogen is directed to provide the list of patients for whom they are missing patient files to the Schottensteins.

- Orthogen is directed to provide the copy of the Royalty Report(s) that they have in their possession to the Schottensteins.

- By **June 15, 2026**, the parties are directed to submit a joint status letter.

       **SO ORDERED.**

**DATED:**     New York, New York
           May 14, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge

1