```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/30/2026___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------X

In re Application of Orthogen International
GmbH

                     Petitioner,

for an order pursuant to 28 U.S.C. § 1782 to
conduct discovery for use in a foreign
proceeding.

--------------------------------------------------------------------X

**23-CV-152 (VSB)(KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court is in receipt of the Parties' joint status update filed on June 29, 2026.  The

Parties are reminded of their obligations under Rule 1 and directed to meet and confer on any

outstanding discovery issues to narrow or eliminate them without the need for court

intervention.  The Parties shall provide a joint status update on the Schottensteins' compliance

with the Court's February 5, 2026 order by **July 30, 2026**.

        **SO ORDERED.**

**DATED:**     New York, New York
           June 30, 2026

                                     _____
                                     KATHARINE H. PARKER
                                     United States Magistrate Judge

1