USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

In re Application of Orthogen International GmbH

Petitioner,

for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding.

---------------------------------------------------------------X

**23-MC-152 (VSB)(KHP)**

**ORDER**

**HON. KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the parties' joint letter dated July 27, 2026. Orthogen's requests are denied without prejudice due to a failure to follow this Court's individual rules. As a threshold matter, the letter exceeds this Court's limit of three pages, as stipulated by Rule I.a. Furthermore, with regard to the dispute over a protective order, this Court requires parties to use its model protective order template, available online, and will only modify it upon agreement by the parties and/or for good cause. This model has worked in a wide variety of cases and the Court sees no reason why it is not sufficient in this matter. Therefore, the parties are directed to meet and confer regarding the Court's model protective order. Any modifications to the template protective order should be outlined in a letter, pursuant to this Court's Individual Rules, specifically Rule II.d.

**SO ORDERED.**

Dated: New York, New York
July 31, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge