USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

In re Application of Orthogen International GmbH

Petitioner,

for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding.

---------------------------------------------------------------X

**23-CV-152 (VSB)(KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at today's case management conference, the parties shall submit a joint status letter regarding progress on discovery by **September 30, 2026.** The parties are directed to the transcript from today's proceeding for other directions and rulings on the remaining discovery items discussed at the conference.

**SO ORDERED.**

**DATED:** New York, New York
August 10, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge