USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

In re Application of Orthogen International GmbH

Petitioner,

for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding.

---------------------------------------------------------------X

**23-CV-152 (VSB)(KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the Parties joint status update. Insofar as discovery has been ongoing in this case, this Order sets December 15, 2026 as the close of discovery. No further extensions to this deadline will be permitted.

**SO ORDERED.**

**DATED:** New York, New York
October 13, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge